# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2551

_____

Makeyta Renea Jones

*Plaintiff - Appellant*

v.

Manor Care Health Services

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 20, 2019
Filed: December 27, 2019
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this employment discrimination action, Makeyta Jones appeals after the district court[1] dismissed some of her claims under 28 U.S.C. § 1915(e)(2)(B)(ii), and

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

the district court[2] later dismissed her remaining claims under Federal Rule of Civil Procedure 12(b)(6). Having carefully reviewed the record and the arguments on appeal, we conclude Jones's claims were properly dismissed. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (reviewing de novo dismissal under § 1915(e)(2)(B)(ii)); *see also Kelly v. City of Omaha*, 813 F.3d 1070, 1075 (8th Cir. 2016) (reviewing de novo grant of motion to dismiss under Rule 12(b)(6)). Accordingly, we affirm, *see* 8th Cir. R. 47B; and we deny Jones's pending motions.

---

[2]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.